UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                 Case No: 18-17037-BKC-AJC
                                                                       Chapter 13

Ruth Gatto
            Debtor.
_____/

**AMENDED CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY THAT on the __20th__ day of June 2018 a true and correct copy of the **Debtor's Emergency Motion to Extend the Automatic Stay and Notice of Hearing** which were subsequently generated by the court after filing the instant motion was served in the manner described below.

Via electronic transmission

Nancy K. Neidich
e2c8f01@ch13miami.com,  ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

<u>Via U.S. First Class Mail</u>
To all parties of interest attach to the matrix list.


                                                Submitted by:

                                                /S/ Christian Diaz, Esq.
                                                Christian Diaz, Esquire
                                                Flarida Bar No: 518131
                                                Law Office of Diaz and Associates
                                                Attorney for Debtor
                                                9730 SW 72 Street, Suite A110
                                                Miami, Florida 33173
                                                Telephone: 305-598-1800

## MATRIX LIST

Albertelli Law
PO Box 23028
Tampa, FL 33623

Amca
2269 S Saw Mill
Elmsford, NY 10523

BSI Financial Services
314 S. Franklin Street
Titusville, PA 16354

Comenitybk/victoriasec
Po Box 182789
Columbus, OH 43218

Doming Gatto
10892 SW 153 Avenue
Miami, FL 33196

Internal Revenue Service
POB 7346
Philadelphia, PA 19101

Sears/cbna
Po Box 6282
Sioux Falls, SD 57117

Syncb/care Credit
C/o Po Box 965036
Orlando, FL 32896

Syncb/gap
Po Box 965005
Orlando, FL 32896

Syncb/toysrus
Po Box 965005
Orlando, FL 32896

Wells Fargo Home Mortgage
PO Box 14411
Des Moines, IA 50306