UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

RE: RUTH GATTO                                                                 CASE NUMBER: 18-17037-AJC

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION

The Trustee reviewed this case and found the following deficiencies remain unresolved from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows (If this case is dismissed, this deficiency is an objection to reinstatement until all documents are received or all issues are addressed):

WRITTEN RESPONSE TO ISSUES RAISED AND/OR DOCUMENTS REQUESTED MUST BE RECEIVED BY 5PM AT LEAST FIFTEEN DAYS (NOT INCLUDING HOLIDAYS) PRIOR TO THE CONFIRMATION HEARING TO AVOID DISMISSAL. Please note: documents that were not timely filed/received by the trustee may not be considered as there is not sufficient time for an additional review of this case. **Call the Trustee's case administration department prior to "re-sending" documents.** *The Trustee reserves the right to raise additional objections UNTIL all documents are timely provided to the Trustee and reviewed for possible issues raised and additional documents needed.*

*The debtor or debtor's attorney must appear at the confirmation hearing even if they pre-hear with the Trustee.* **The debtor may be dismissed for failure to fund the plan if they are delinquent in payments. The Court may dismiss this case if no one appears to represent the debtor at the confirmation hearing.**

IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE LAST BUSINESS DAY PRIOR TO THE CONFIRMATION HEARING TO SEEK A RESOLUTION OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.

==============================================================================
**Recommendation for *August 21, 2018*  hearing.  All amendments and documents for the *August 21, 2012* hearing were due as of *Monday, August 6, 2018.*** *(Call the Trustee's case administration department prior to "re-sending" documents)*

PLAN @ ECF#7
Serviced 21 days prior: **YES** DE#12 (6/15)
**If Counsel for the Debtor(s) appears and agrees on the record:**
**Continue to 9/25:**
**Due on or before 5pm on 9/10:** a) bank stmts Chase (3/12-6/12), b) payoff of real estate, c) non homestead info sheet, d) DL, e) LF90, f) LF67, g) affidavit of support, h) amend plan to include IVL, i) file MMM motion, j) amend plan to pay CH7 of $425.00, k) good faith to unsecured, l) amend plan to complete creditor info in Section V or remove payable amount, m) Amend plan to complete creditor address for Wells Fargo (POC #3) in Section III.A, n) amend plan to correct account number in Section III.D (BSI to match Sch D s/b 1693)

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

*Submitted by:*
*NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE*
*P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402*